**WILLIAM S. GRAY & COMPANY, Appellant, v. WESTERN BORAX COMPANY, Ltd., Appellee.**

No. 8391.

Circuit Court of Appeals, Ninth Circuit.

Nov. 24, 1936.

Harry William Elliott, of Los Angeles, Cal., for appellant.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellant, ordered appeal herein dismissed, without prejudice to any further proceedings to initiate and prosecute an appeal in this cause which appellant herein may desire to take, if it be so advised, and that the bond given upon the occasion of the allowance of this appeal be, and the same is hereby, wholly discharged and exonerated.

**Guy T. WILSON, Appellant In Both Cases, v. Oscar SMITH, Appellee.***

**Guy T. WILSON, Appellant, v. Ida C. SMITH, Administratrix of Elmer J. Smith, Deceased, Appellee.**

Nos. 6052, 6053.

Circuit Court of Appeals, Third Circuit.

Nov. 30, 1936.

Josiah Marvel, Jr., and Marvel, Morford, Ward & Logan, all of Wilmington, Del., for appellant.

Simone N. Gazan, of New York City, James M. Tunnell, of Georgetown, Del., and Gazan & Caldwell, of New York City, for appellees.

Before BUFFINGTON, Circuit Judge, and DICKINSON and FORMAN, District Judges.

PER CURIAM.

After argument and full consideration had, the court is unable to find error in these cases. So holding, its judgments are affirmed.

*Writ of certiorari denied 57 S. Ct. 493, 81 L. E. —.